UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE GRAY,<br>Petitioner,<br>v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>Respondent. | Case No. 18-cv-03248-PJH<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE**<br>Re: Dkt. Nos. 2, 5 |

This is a habeas case brought pro se by a state prisoner regarding his 1997 conviction. Petitioner filed a previous case attacking the same judgment, *Gray v. Runnels,* C 01-2880 PJH (PR). That case was dismissed as barred by the statute of limitations and the dismissal was affirmed on appeal.

A subsequent habeas petition directed to the same conviction, *Gray v. Felker*, 09-2461 PJH (PR), was dismissed by this court as second or successive. Petitioner did not appeal that dismissal.

Petitioner then filed another petition attacking the same judgment, *Gray v. McDonald*, 10-0845 PJH (PR). As petitioner still had not obtained an order from the Ninth Circuit allowing him to file a second or successive petition, it also was dismissed. This court denied petitioner's motions for a certificate of appealability and for leave to proceed in forma pauperis on appeal, and in October of 2010 the Ninth Circuit issued an order declining to grant a certificate of appealability, terminating the appeal. The United States Supreme Court subsequently denied his petition for certiorari.

Petitioner filed additional habeas petitions, *Gray v. McDonald*, 10-5748 PJH (PR), *Gray v. Spearman*, 14-2437 PJH (PR) and *Gray v. People of the State of California*, 16-

0002 (PJH) (PR), that were also dismissed as second or successive. This court and the Ninth Circuit denied his requests for a certificate of appealability in both cases. The United States Supreme Court denied his petitions for certiorari in *Gray v. Spearman*, 14-2437 PJH (PR) and *Gray v. People of the State of California*, 16-0002 (PJH) (PR)

A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has still not obtained such an order from the Ninth Circuit. Therefore this case is dismissed.

## CONCLUSION

Petitioner's motion for leave to proceed in forma pauperis (Docket No. 5) is **GRANTED**. The motion for a stay (Docket No. 2) is **DENIED** and the petition is **DISMISSED** for the reasons set out above. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 27, 2018

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Defendant. | Case No. 18-cv-03248-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Lee Gray ID: J-05459
Correctional Training Facility
P.O. Box 705
Soledad, CA 93960

Dated: June 27, 2018

Susan Y. Soong
Clerk, United States District Court

By:___*Kelly Collins*___
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

3